AARON D. FORD
Attorney General
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. MITCHELL, JR., | USDC 2:19-cv-01066-APG-DJA |
| Plaintiff, | USDC 2:19-cv-01933-JAD-DJA |
| | USDC 2:19-cv-01651-APG-VCF |
| v. | USDC 2:17-cv-00686-APG-DJA; 9th Cir. 19-17350 |
| BRIAN WILLIAMS, SR., *et al.*, | USDC 2:17-cv-00986-JAD-BNW; 9th Cir. 20-15912 |
| Defendants. | USDC 2:19-cv-00190-GMN-DJA |
| | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff, Donald E. Mitchell, *pro se* and by and through Diana S. Ebron, Esq., Specially Appointed Counsel for Plaintiff in Case 2:17-cv-00686-APG-DJA as well as for purposes of the Global Settlement Conference in Case Nos. 2:19-cv-01066-APG-DJA, 2:19-cv-01933-JAD-DJA, 2:19-cv-01651-APG-VCF, 2:17-cv-00686-APG-DJA, 9th Cir. 19-17350, 2:17-cv-00986-JAD-BNW, 9th Cir. 20-15912, 2:19-cv-00190-GMN-DJA, and Defendants, Eric Gomez, Kelly Quinn, Jay Barth, Brian Williams, Michael Dante, Louis Wallace, Ryan Hesler, Devona Jimenez, Patrick Moreda, Anthony Herrera, Ronald Oliver, John Borrowman, Jennifer Nash, Carrie Alvarado, Timothy Filson, Jerry Howell, Bianca Knight-Groover, Dwight Neven, Perry Russell, and Anthony Warren, all of whom either named in defendants in one or more of the above named cases, by and through

counsel, Aaron D. Ford, Nevada Attorney General, D. Randall Gilmer, Chief Deputy Attorney General, Alexander J. Smith and Dawn R. Jensen, Deputy Attorney Generals, of the State of Nevada, Office of the Attorney General, hereby stipulate, pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(ii), that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 03 day of ~~February~~ March, 2022.    DATED this 03th day of ~~February~~ March, 2022.

AARON D. FORD
Attorney General

DONALD E. MITCHELL
Pro se Plaintiff "without ~~but~~ Prejudice" ucc 1-308
Attorneys for Defendants

By: _____
DAWN R. JENSEN, Bar No. 10933
Deputy Attorney General

DATED this 03th day of ~~February~~ March, 2022.

DIANA S. EBRON, Esq., Specially Appointed Counsel for Plaintiff in Case No. 2:17-cv-00686-APG-DJA as well as for purposes of the Global Settlement Conference

IT IS SO ORDERED:

Dated: March 14, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE